**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **RAMADA WORLDWIDE INC., formerly known as RAMADA FRANCHISE SYSTEMS, INC., a Delaware corporation,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | **No. 06-4027-JPG** |
| **PATEL & RISHI, an Illinois Partnership, and POPATLAL "PETER" PATEL and NATUBHAI RISHI, individuals,** ) ) ) ) | |
| **Defendants.** ) | |

**STIPULATION FOR ENTRY OF CONSENT**
**JUDGMENT AND DISMISSAL AS TO DEFENDANTS**
**PATEL & RISHI AND POPOTLAL "PETER" PATEL** *ONLY*

Plaintiff Ramada Worldwide Inc. ("RWI") and two of the defendants, Patel & Rishi ("P&R") and Popatlal "Peter" Patel ("Patel"), hereby advise the Court that they have reached a Settlement Agreement of the claims between them in this matter. RWI has not reached a compromise with the defaulted defendant Natubhai Rishi; accordingly, RWI's Complaint and its claims therein against defendant Natubhai Rishi remain and should not be dismissed.

Subject to the approval of the Court, RWI and defendants P&R and Patel (the "Settling Parties") agree to the entry of the attached Consent Judgment against P&R and Patel, jointly and severally, in the amount of $334,400.00, plus post-judgment interest in the amount of 5.10%. The Consent Judgment also reflects the Settling Parties' request that this Court retain jurisdiction over the enforcement of the provisions of their underlying Settlement Agreement.

Respectfully submitted,

| | |
|---|---|
| COUNSEL FOR PLAINTIFF RAMADA WORLDWIDE INC., FORMERLY KNOWN AS RAMADA FRANCHISE SYSTEMS, INC. | COUNSEL FOR DEFENDANTS PATEL & RISHI AND POPATLAL "PETER" PATEL |

By:/s/ John T. Hundley  
    John T. Hundley Bar Number: 3123403  
    THE SHARP LAW FIRM, P.C.  
    1115 Harrison – P.O. Box 906  
    Mt. Vernon, IL 62864  
    Telephone: (618) 242-0246  
    Fax: (618) 242-1170  
    Email: jhundley@lotsharp.com

By:/s/ Jeffrey M. Goldstein (with consent)  
    Jeffrey M. Goldstein  
    GOLDSTEIN PC  
    P.O. Box 2278  
    Leesburg, VA 20177  
    Telephone: (202) 293-3947  
    Fax: (202) 223-2002  
    Email: jgoldstein@goldlawgroup.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RAMADA WORLDWIDE INC., formerly known as RAMADA FRANCHISE SYSTEMS, INC., a Delaware corporation,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | No. 06-4027-JPG |
| **PATEL & RISHI, an Illinois Partnership, and POPATLAL "PETER" PATEL and NATUBHAI RISHI, individuals,** ) ) ) ) | |
| **Defendants.** ) | |

**CONSENT JUDGMENT AGAINST
DEFENDANTS PATEL & RISHI AND POPATLAL "PETER" PATEL**

This matter having coming before the Court for judgment against defendants Patel & Rishi and Popatlal ("Peter") Patel by agreement of the parties, a final judgment is hereby entered in favor of Ramada Worldwide Inc., and jointly and severally against defendants Patel & Rishi and Popatlal "Peter" Patel, in the amount of Three Hundred Thirty Four Thousand Four Hundred Dollars ($334,400.00), plus post-judgment interest in the amount of 5.10%, with execution to issue.

This Court shall retain jurisdiction over any dispute between Ramada Worldwide Inc., Patel & Rishi, and Popatlal "Peter" Patel regarding the performance or enforcement of their Settlement Agreement.

ENTERED:

DATED: _____   _____
J. Phil Gilbert
United States District Court Judge

(Specimen copy; Also has been e-mailed to judge pursuant to ECF Manual).

4

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served electronically upon all persons who have appeared herein upon electronic filing on March 29, 2007 by transmission to:

Jeffrey M. Goldstein
jgoldstein@goldlawgroup.com

March 29, 2007                              THE SHARP LAW FIRM, P.C.


                                            By:  s/ John T. Hundley
                                            John T. Hundley Bar Number 3123403
                                            Attorney for Plaintiff
                                            THE SHARP LAW FIRM, P.C.
                                            1115 Harrison – P.O. Box 906
                                            Mt. Vernon, IL  62864
                                            Telephone:  (618) 242-0246
                                            Fax:  (618) 242-1170

Brenda\Ramada\Stipulation.doc