UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RAMADA WORLDWIDE INC., formerly known as RAMADA FRANCHISE SYSTEMS, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PATEL & RISHI, an Illinois Partnership and POPATLAL "PETER" PATEL and NATUBHAI RISHI, individuals,<br><br>　　　　　Defendants. | Case No. 06-cv-4027-JPG |

## JUDGMENT IN A CIVIL CASE

**Decision by the Court**.  This matter having come before the Court on a motion for entry of default judgment and a stipulation for entry of consent judgment, and the Court having rendered its decisions,

**IT IS HEREBY ORDERED AND ADJUDGED** that, by agreement of plaintiff Ramada Worldwide Inc. and defendants Patel & Rishi, an Illinois Partnerhsip, and Popatlal "Peter" Patel, judgment is entered in favor of plaintiff Ramada Worldwide Inc. and jointly and severally against defendants Patel & Rishi, an Illinois Partnerhsip, and Popatlal "Peter" Patel, in the amount of Three Hundred Thirty Four Thousand Four Hundred Dollars ($334,400.00), plus post-judgment interest in the amount of 5.10%, with execution to issue;

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of Ramada Worldwide Inc. and against Natubhai Rishi as follows:

(a) Two Hundred Eight Thousand Seven Hundred Sixty Seven Dollars and Thirty Cents ($208,767.30); and

  (b) Sixty Thousand Dollars ($60,000.00) in liquidated damages, plus interest of Thirty Thousand Three Hundred Nine Dollars and Sixty Three Cents ($30,309.63); and

  (c) Thirty Five Thousand Three Hundred Twenty Three Dollars and Seven Cents ($35,323.07);

  (d) Less Seventy Five Thousand Dollars ($75,000.00) paid to date by other parties to this cause;

for a total award of Two Hundred Fifty Nine Thousand Four Hundred Dollars ($259,400.00), plus post-judgment interest.  The Court hereby **DISMISSES THIS CASE WITH PREJUDICE**.

**DATED: April 11, 2007.**

              **NORBERT G. JAWORSKI, CLERK**

              s/Brenda K. Lowe
              **Deputy Clerk**


**APPROVED:   s/ J. Phil Gilbert**
      **J. PHIL GILBERT**
      **U.S. District Judge**